**SCANNED**

# United States District Court
## Southern District of New York

FRANK VALENCIA

_____

Write the full name of each plaintiff.

No. **19 CV 548**

(To be filled out by Clerk's Office)

-against-

(1) The City of Yonkers; (2)  Yonkers

Police Captain Andrew Lane R/C 900; (3)

Yonkers Police Officer Moran; (4) Yonkers

Police Officer BOHAN; (5) Yonkers Police Officer Moore;

Write the full name of each defendant. If you cannot fit the
names of all of the defendants in the space provided, please
write "see attached" in the space above and attach an
additional sheet of paper with the full list of names. The
names listed above must be identical to those contained in
Section IV.

**COMPLAINT**
(Prisoner)

Do you want a jury trial?
XX Yes    ☐ No

RECEIVED
PRO SE OFFICE
2019 JAN 18  AM 11:55
S.D.N.Y.

---

### NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed
with the court should therefore _not_ contain: an individual's full social security number or full
birth date; the full name of a person known to be a minor; or a complete financial account
number. A filing may include _only_: the last four digits of a social security number; the year of
an individual's birth; a minor's initials; and the last four digits of a financial account number.
See Federal Rule of Civil Procedure 5.2.

Rev . 16

## CONTINUED DEFENDANTS

(6) Yonkers Police Officer Spink; (7) Yonkers Police Officer Moriano; (8) Yonkers Police Officer Blute; (9) Yonkers Police Officer Scannapieco; (10) Yonkers Police Officer Rubin; and (11) Yonkers Police Sergeant Jared Singer.

## I.   LEGAL BASIS FOR CLAIM

State below the federal legal basis for your claim, if known. This form is designed primarily for prisoners challenging the constitutionality of their conditions of confinement; those claims are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants).

XXⓍ   Violation of my federal constitutional rights

☐   Other: _____

## II.   PLAINTIFF INFORMATION

Each plaintiff must provide the following information. Attach additional pages if necessary.

Frank                              Valencia
First Name            Middle Initial          Last Name

State any other names (or different forms of your name) you have ever used, including any name you have used in previously filing a lawsuit.

0000250213
Prisoner ID # (if you have previously been in another agency's custody, please specify each agency and the ID number (such as your DIN or NYSID) under which you were held)

Westchester County D.O.C.
Current Place of Detention

P.O. BOX 10
Institutional Address

Westchester, Valhalla,          New York          10595
County, City                    State             Zip Code

## III.   PRISONER STATUS

Indicate below whether you are a prisoner or other confined person:

XXⓍ   Pretrial detainee

☐   Civilly committed detainee

☐   Immigration detainee

☐   Convicted and sentenced prisoner

☐   Other: _____

## IV.   DEFENDANT INFORMATION

To the best of your ability, provide the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are identical to those listed in the caption. Attach additional pages as necessary.

Defendant 1:      The City of Yonkers

First Name                          Last Name                                  Shield #

City of Yonkers

Current Job Title (or other identifying information)

40 South Broadway, Rm 300

Current Work Address

Westchester, Yonkers, New York                    10701

County, City                                         State                          Zip Code

Defendant 2:      Andrew Lane

First Name                          Last Name                                  Shield #

Yonkers Police Captain

Current Job Title (or other identifying information)

104 South Broadway

Current Work Address

Westchester, Yonkers, New York 10701

County, City                                         State                          Zip Code

Defendant 3:      Yonkers Police Officer Moran

First Name                          Last Name                                  Shield #

Police Officer

Current Job Title (or other identifying information)

104 South Broadway

Current Work Address

Westchester, Yonkers, New Yonkers                    10701

County, City                                         State                          Zip Code

Defendant 4:      Yonkers Police Officer BOHAN

First Name                          Last Name                                  Shield #

Yonkers Police Officer

Current Job Title (or other identifying information)

104 South Broadway

Current Work Address

Westchester, Yonkers, New York 10701

County, City                                         State                          Zip Code

## DEFENDANTS NAMES AND ADDRESSESS

5. Yonkers Police Officer Moore; 104 South Broadway, Yonkers, NY 10701.

6. Yonkers Police Officer Spink; 104 South Broadway, Yonkers, NY 10701.

7. Yonkers Police Officer Moriano; 104 South Broadway, Yonkers, NY 10701.

8. Yonkers Police Officer Blute; 104 South Broadway, Yonkers, NY 10701.

9. Yonkers Police Officer Scannapieco; 104 South broadway, NY 10701.

10. Yonkers Police Officer Rubin; 104 South Broadway, NY 10701.

11. Yonkers Police Sergeant Jared Singer; 104 South Broadway, Yonkers, NY 10701

## V.   STATEMENT OF CLAIM

Place(s) of occurrence:   City of Yonkers

Date(s) of occurrence:   September 26, 2017

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were
h___ed, and how each defendant was personally involved in the alleged wrongful actions. Attach
additional pages as necessary.

Plaintiff states, that on the above date while in the City of
Yonkers near Marshal Road and Ridge Dr. I was approached while
sitting in my friends vehicle by Defendant Moore and Yonkers
Police Officer Kayla Maher, who directed me to exit my friends
vehicle, and get my hand out of my bag, but I was petrofied of
these Police Officer, as most of the people who I know that
were arrested by Yonkers Police Officers are always beat up.
I then did something stupid, I removed my gun from my bag and
began to fire the weapon. I grazed Police Officer Maher in the
face, and she began to run away with Defendant Moore. However,
the above defendants arrived, and began to fire their weapons
at me too. I was shot 6 times, and I surrendered, by tossing my
weapon out of the window. The officers, then tossed a Flash-ba-
ng and approached the vechicle, that I was sitting in-in a sta-
cked fashion. Defendant Lane, then opened the door, pulled me
to ground (face-up) and hand cuffed me. I was surrounded by
all of the above defendants when I over heard defendant Lane
state "Who was to do the honors and shoot this spic?" Defendant
Lane then commenced to stomp my face, and head while the other
defendants began to kick and stomp hy head while saying "you

shot Kayla you fucking spic" I then went unconscious from blood loss. After I awoke, and examined my injuries I noticed, that the above defendants had caused me several fractures to my face, jaw, and inner mouth, Loss of tooth and a large portion my gums had to be removed. The above defendants then misrepresented that those injuries were caused by a gunshot wound, but those claims are practically impossible.

The above defendants retaliated against me for shooting Police Officer Maher, and shooting at them, by using excessive force.------ See Attached-----

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

Fractured face bones, Fractured inner mouth bones, that punctured through roof of my mouth, loss of front tooth, and loss of portion of gums, unneccessary pain and suffering severe brusing, mental angusih.

## VI.   RELIEF

State briefly what money damages or other relief you want the court to order.

Compensatory damages in the amount of $10,000,000.00 against all defendants jointly and severally;

Punitive Damages against all defendants in the amount of $50,000,000.00 against all defendants jointly and severally;

Cost and disbursements;

Special damages as a jury may determine.

The City of Yonkers, fails to properly train and supervise its police officers as to the application of physical force, and they fail to intervene or act to prevent further unnecessary use of physical force.

## VII.   PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I understand that if I file three or more cases while I am a prisoner that are dismissed as frivolous, malicious, or for failure to state a claim, I may be denied *in forma pauperis* status in future cases.

I also understand that prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions, 42 U.S.C. § 1997e(a), and that my case may be dismissed if I have not exhausted administrative remedies as required.

I agree to provide the Clerk's Office with any changes to my address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| | |
|---|---|
| 1/14/2019 | *Frank Valencia* |
| Dated | Plaintiff's Signature |
| Frank | Valencia |
| First Name            Middle Initial | Last Name |
| 250213 | P.O Box 10 |
| Prison Address | |
| Valhalla | NY                10595 |
| County, City | State                Zip Code |

Date on which I am delivering this complaint to prison authorities for mailing: 1/14/2019

PITNEY BOWES

$ 001.420
02 1P
0002712896 JAN 15 2019
MAILED FROM ZIP CODE 10595

Frank Valencia
JID 250213
P.O. BOX 10
Valhalla, New York 10595

United States District Court
Southern District of New York
Attn: Pro Se Clerk
500 Pearl Street
New York, New York 10007

RECEIVED
SDNY PRO SE OFFICE
2019 JAN 18  AM 11: 55
S.D. OF N.Y.

("LEGAL MAIL")

USMS SDNY