Case 7:19-cv-00548-PED   Document 50   Filed 09/30/20   Page 2 of 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

FRANK VALENCIA,    ~~PROPOSED~~ **ORDER**

19 Civ. 00548 (PED)

                                   Plaintiff,

  -against-

YONKERS POLICE OFFICER THOMAS
BENNETT and YONKERS POLICE
SERGEANT ROBERT VARLEY,

                                   Defendants.
-----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/2/20

      Upon Defendants' application for leave to take the deposition of plaintiff, Frank Valencia, an inmate and the Court having granted leave for the taking of plaintiff's deposition pursuant to Rule 30(a) of the Federal Rules of Civil Procedure,

      IT IS HEREBY ORDERED: that the Superintendent or other official in charge of the Great Meadow Correctional Facility shall have inmate Frank Valencia (ID# 19A0716) appear in such place as designated by the Superintendent or other official in charge of the Great Meadow Correctional Facility so that his deposition may be taken by video on October 23, 2020 at 10:00 a.m.

Dated: October 1, 2020
       White Plains, New York

_____
Paul E. Davison
United States Magistrate Judge