UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VALENCIA<br><br>        **Plaintiff,**<br><br> - *against* -<br><br><br>**CITY OF YONKERS, ET AL.,**<br><br>        **Defendants.** | **ORDER**<br><br>19 Civ. 548 (PED) |

**PAUL E. DAVISON, U.S.M.J.**:

  This case will not proceed to trial before July, 2021.

  Accordingly, no later than May 2, 2021, counsel are directed to notify the Court in writing as to any unavailability during the months of July, August, and September 2021.

  The Court will, thereafter, advise counsel as soon as a trial date has been confirmed.

Dated: March 10, 2021
    White Plains, New York

              **SO ORDERED**

              _____
              Paul E. Davison, U.S.M.J.