UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
FRANK VALENCIA,

                       Plaintiff,                              19 **CIVIL** 548 (PED)

       -against-                                        **JUDGMENT**

YONKERS POLICE OFFICER THOMAS
BENNETT and YONKERS POLICE
SERGEANT ROBERT VARLEY,
                       Defendants.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That after a Jury Trial before the Honorable Paul E. Davison, United States Magistrate Judge, Plaintiff Frank Valencia is awarded compensatory or nominal damages against the Defendants in the sum of $1.00. Plaintiff is also awarded punitive damages in the sum of $30,000.00 against Thomas Bennett.

**DATED:**  White Plains, New York
             March 9, 2022

                                                             **RUBY J. KRAJICK**

         So Ordered:                                   **Clerk of Court**

                                                 **BY:**    K. Mango

          USDJ / USMJ                                **Deputy Clerk**