UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
FRANK VALENCIA,

                Plaintiff,                      19 **CIVIL** 548 (PED)

    -against-                            **AMENDED JUDGMENT**

YONKERS POLICE OFFICER THOMAS
BENNETT and YONKERS POLICE
SERGEANT ROBERT VARLEY,
                Defendants.
-----------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That after a Jury Trial before the Honorable Paul E. Davison, United States Magistrate Judge, Plaintiff Frank Valencia is awarded compensatory or nominal damages against Thomas Bennett in the sum of $1.00. Plaintiff is also awarded punitive damages in the sum of $30,000.00 against Thomas Bennett.

DATED:  White Plains, New York
             March   10   , 2022

                                                          **RUBY J. KRAJICK**

**So Ordered:**                                            **Clerk of Court**

                                                **BY:**    K. Mango

    **U.S.M.J.**                                              **Deputy Clerk**