UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
FRANK VALENCIA,

                                  Plaintiff,

    -against-

YONKERS POLICE OFFICER THOMAS
BENNETT,

                                Defendants.
-----------------------------------------------------------------X

Revised ~~PROPOSED~~ **JUDGMENT**

19 Civ. 00548 (PED)

**WHEREAS**, plaintiff Frank Valencia commenced this action by filing a complaint on or about February 26, 2019, alleging that defendant violated his federal civil rights; and

**WHEREAS**, on March 3, 2022 after a Jury Trial before the Honorable Paul E. Davison, United States Magistrate Judge, Plaintiff Frank Valencia is awarded compensatory or nominal damages against Thomas Bennett in the sum of $1.00 and punitive damages in the sum of $30,000.00;

**WHEREAS**, counsel for the parties agree that plaintiff's counsel shall be awarded attorneys' fees in the amount of $70,000.00 in addition to costs and disbursements in the sum of $2,461.34,

**ORDERED, ADJUDGED AND DECREED**, that plaintiff take judgment against defendant for the total sum of $30,001.00 in full satisfaction of all claims against the defendant herein, plaintiff's counsel take judgment in the amount of $70,000.00 for attorneys' fees in addition to costs and disbursements in the amount of $2,461.34.

Dated: White Plains, New York
        April **5**, 2022

                                              HONORABLE PAUL E. DAVISON
                                              MAGISTRATE JUDGE